**Shelia Y. CRUTHIRDS, Plaintiff–Appellant,**

v.

**Karen MILLER, Division Chief Child Youth School Age Services/Directorate Family, Morale, Welfare and Recreation (CYSS/DFMWR), John M. McHugh, Secretary, Department of the Army, Defendants–Appellees.**

No. 15–1165.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 21, 2015.

Shelia Y. Cruthirds, Appellant Pro Se. Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shelia Y. Cruthirds appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cruthirds v. Miller*, No. 5:13–cv–00849–BO, 2015 WL 507466 (E.D.N.C. Feb. 6, 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*